United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **KENDRY HORTA RODRIGUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00014** |
| | § | **CIVIL ACTION NO. 5:26-CV-00447** |
| **JOHN MORALES, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 33), Respondents' Motion to Dismiss and, in the Alternative, for Summary Judgment, (Dkt. No. 32), was **GRANTED**. Both petitions, (Dkt. Nos. 1, 26), were **DISMISSED without prejudice**. Following the Court's Order, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case and the consolidated member case, 5:26-CV-00447.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on May 13, 2026.

John A. Kazen
United States District Judge